## STATE OF CONNECTICUT *v.* LUIS OTERO

The defendant's petition for certification for appeal from the Appellate Court, 49 Conn. App. 459 (AC 17381), is denied.

*Lauren Weisfeld*, assistant public defender, in support of the petition.

*John A. East III*, assistant state's attorney, in opposition.

Decided September 15, 1998

## BARBARA Z. WICHMAN *v.* KENNETH L. WICHMAN

The defendant's petition for certification for appeal from the Appellate Court, 49 Conn. App. 529 (AC 17433), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Helen M. Kemp*, in support of the petition.

*Suzanne E. Caron*, in opposition.

Decided September 15, 1998